

| | |
|---|---|
| Date: | 6/19/2013 |
| To: | The Honorable Frank D. Whitney<br>Chief U.S District Court Judge |
| From: | Valerie G. Debnam<br>United States Probation Officer |
| Subject: | Richard Mateo<br>Docket Number 0419 3:92CR00259-4<br>Out-of-Country Travel Request |

NORTH CAROLINA WESTERN
MEMORANDUM

FILED
CHARLOTTE, NC
JUN 27 2013
US District Court
Western District of NC

---

Mr. Mateo appeared before The Honorable Robert D. Potter on July 30, 1993, for the offense of Conspiracy to Possess with Intent to Distribute and Distributing a Quantity of Cocaine. He received 235 months imprisonment, (5) five years supervised release, a $2,500.00 fine and a $50.00 assessment fee.

Mr. Mateo was released from imprisonment to the Southern District of Florida, Miami, on May 7, 2010, and his case is scheduled to expire on May 6, 2015.

Mr. Mateo currently resides at 453 SW 67 Avenue, Miami, Florida with his fiancée. He is gainfully employed at Truck Max, a truck dealership, located at 6000 NW 77 Court, Miami, Florida. Mr. Mateo satisfied the DNA testing requirement, his monetary obligation and is in compliance with the standard conditions of supervision. His positive adjustment and stability led to the transfer of his supervision to Low Risk Caseload in January 2011.

Mr. Mateo is requesting permission to go on a three-day cruise to Nassau, Bahamas from June 28, 2013, through July 1, 2013, for vacation with his fiancée, Soledad Torres. The ship will be departing from the Port of Miami. Mr. Perez is a United States citizen with a valid United States Passport.

He is currently being supervised by the United States Probation Office in the Southern District of Florida. His probation officer has no objections to Mr. Mateo taking this trip for the stated propose.

Therefore, it is recommended that Mr. Mateo be allowed to travel to Nassau, Bahamas as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

(✓) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

___6/24/2013___
Date

___[signature]___
Signature of Judicial Officer